*Jackson, ex dem. Van Slyck and others, v. Thomas Son.*

IN ejectment on a motion for a new trial. It appeared that at *nisi prius* the plaintiff claimed by descent. On the cross examination of one of his witnesses, by the defendant, it came out that the ancestor had made a will, of which the judge, who heard the cause, admitted parol testimony, without any notice to produce it having been given.

*Per Curiam.* A new trial must be awarded with costs to abide the event. When the defendant cross-examined, he made the witness as much his own, as if he had himself called him. He, therefore, could not introduce through him any proof, which would not have been legal, had the witness been originally produced on his behalf. In *Jackson, ex dem. Van Rensselaer, April* term, 1801, the same point was ruled. The judge, therefore, was clearly wrong in admitting parol proof of a will, as the party did not show any notice on the opposite side to produce it.